# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0279.  IN THE INTEREST OF: B. J. N., JR., A CHILD (FATHER).**
**A17D0283.  IN THE INTEREST OF: B. N., A CHILD (MOTHER).**

After the juvenile court terminated the parental rights of the father and mother of minor child B. J. N., Jr., the parents filed a motion to modify or vacate the termination order under OCGA § 15-11-32.  The juvenile court dismissed the parents' motion on January 11, 2017.  On January 30, 2017, the father filed an application for discretionary appeal, which has been docketed in this Court as Case No. A17D0279.  Four days later, the mother also filed an application for discretionary appeal, which has been docketed in this Court as Case No. A17D0283.  A juvenile court's order denying an OCGA § 15-11-32 motion to modify or vacate an order terminating one's parental rights is directly appealable under OCGA §§ 5-6-34 (a) (1) and 15-11-35.  See *In the Interest of A. M.*, 324 Ga. App. 512, 512 (1) (751 SE2d 144) (2013) (addressing OCGA § 15-11-40 (2013), the predecessor to current § 15-11-32, and OCGA § 15-11-3 (2013), the predecessor to current § 15-11-35).

Under OCGA § 5-6-35 (j), this Court will grant a timely discretionary application if the lower court's order is subject to direct appeal.  Accordingly, the applications in Case Nos. A17D0279 and A17D0283 are hereby GRANTED.  The father and mother shall have ten days from the date of this order to file notices of appeal with the juvenile court, if they have not already done so.  The clerk of the

juvenile court is DIRECTED to include copies of this order in the records transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __02/21/2017__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*